AO91 (Rev 12/03)   Criminal Complaint                                              AUSA  P. Warner

# UNITED STATES DISTRICT COURT

Southern District of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:25-po-01521

Oscar VAZQUEZ-AGUILAR
IAE
Mexico 1995

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 12, 2025** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Oscar VAZQUEZ-AGUILAR was encountered by Border Patrol Agents near Mission, Texas, on June 12, 2025. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 12, 2025 by crossing the Rio Grande River near Mission, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Jose A. Presichi
Signature of Complainant

Border Patrol Agent Jose A. Presichi
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

June 12, 2025        8:59 p.m.           at     McAllen, Texas
Date                                              City/State

Nadia S. Medrano        Magistrate Judge
Name of Judge           Title of Judge             Signature of Judge